**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hong Tran, | ) | |
| | ) | Case No. 4:10-cr-056 |
| Defendant. | ) | |

_____

Application having been made by the Court by the United States for issuance of a Summons for the above-named juvenile defendant, and the Court having reviewed such Application and the accompanying affidavit of Jason Denman, the Court:

Now Hereby Finds that probable cause exists to believe that a) an offense has been committed and b) the above-named defendant, Hong Tran, committed such offense or offenses, and

**NOW HEREBY ORDERS** that the Clerk of the United States District Court shall issue a Summons for Hong Tran.

Dated this 16th day of June, 2010.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge